**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| Jacob Ferguson, | : |
| | :    **Case No. 2:25-cv-01426** |
|        **Plaintiff,** | : |
|    **v.** | :    **Judge Graham** |
| | : |
| **Wardon, Belmont Correctional** | :    **Magistrate Judge Shimeall** |
| **Institution,** | : |
| | : |
|        **Defendant.** | : |

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of the United States Magistrate Judge (doc. 3), regarding an initial screening pursuant to 28 U.S.C. § 1915(e)(2), and noting that no objections were filed, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that the Complaint be **DISMISSED** without prejudice. Plaintiff may proceed in case number 2:26-cv-89.


     **IT IS SO ORDERED**.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: April 3, 2026.